UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>    Defendant. | Case No. 14-mc-80117-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Richard Seeborg for consideration of whether the case is related to 14-mc-80009.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE ELLIOT,<br><br>              Plaintiff,<br><br>   v.<br><br>THE DEPARTMENT OF VETERAN<br>AFFAIRS et al,<br><br>              Defendant._____ / | Case Number: CV14-80117 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Vance S. Elliott
640 Eddy Street
Room 219
San Francisco, CA 94109

Dated: May 30, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk